BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY $8,700.00 IN U.S.<br>CURRENCY,<br><br>                    Defendant. | 2:16-MC-00011-MCE-EFB<br><br>STIPULATION AND ORDER<br>EXTENDING TIME FOR FILING<br>A COMPLAINT FOR FORFEITURE<br>AND/OR TO OBTAIN AN INDICTMENT<br>ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Angela McArthur ("claimant" or "McArthur"), by and through their respective counsel, as follows:

1.     On or about November 2, 2015, claimant McArthur filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $8,700.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 10, 2015.

2.     The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 29, 2016.

4.    By Stipulation and Order filed February 4, 2016, the parties stipulated to extend to February 29, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    By Stipulation and Order filed February 25, 2016, the parties stipulated to extend to March 30, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 29, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

///

2

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 29, 2016.

Dated:    3/23/2016               BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney


Dated:    3/23/2016               /s/ John M. Kucera
                                  JOHN M. KUCERA
                                  Attorney for Claimant Angela McArthur

                                  (Authorized via email)


        IT IS SO ORDERED.

Dated:  March 29, 2016

                                  _____
                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation to Extend Time to File Complaint